UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 4:21-cv-11001-TSH |

ORDER OF REMAND UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)
WITH REVERSAL AND REMAND TO THE COMMISSIONER OF SOCIAL SECURITY

The Court hereby allows Defendant's Assented-to Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Case to the Defendant. This action is hereby reversed and remanded to the Commissioner of Social Security for further administrative proceedings. Accordingly, upon remand, the Commissioner will offer the Plaintiff the opportunity for a hearing, reassess the Plaintiff's residual functional capacity, if relevant, assess the vocational evidence from Mr. Meuse and reassess the step 5 finding including determining whether jobs exist in significant numbers that the Plaintiff can perform, and issue a new decision.

SO ORDERED this __6th__ day of __April__ , 2022.

                                                                         /s/ Timothy S. Hillman
                                                                          U.S. District Judge